# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE R. OTERO, MARIA E. OTERO,<br><br>Plaintiffs,<br><br>vs.<br><br>AEGIS WHOLESALE CORPORATION; DREAM HOME FUNDING, INC.; COUNTRYWIDE HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1-100; Inclusive,<br><br>Defendants. | Case No. CV-09-2522 DSF (FMOx)<br><br>**JUDGMENT IN FAVOR OF COUNTRYWIDE HOME LOANS, INC.**<br><br>Assigned to Hon. Dale S. Fischer |

733824

[PROPOSED] JUDGMENT

1  Pursuant to the Court's Order granting Defendant Countrywide Home Loans,
2  Inc.'s Motion to Dismiss dated May 27, 2009 and entered on May 28, 2009,
3  IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs Jose R.
4  Otero and Maria E. Otero ("Plaintiffs") shall take nothing against Defendant
5  Countrywide Home Loans, Inc., and all of Plaintiffs' causes of action against
6  Countrywide Home Loans, Inc. are dismissed without prejudice.  Countrywide
7  Home Loans, Inc. shall recover its costs from Plaintiffs, pursuant to a bill of costs.
8  IT IS SO ORDERED.

Dated:  6-2-09                                      _____
                                                                        UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28